**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gloria Virginia Allen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9001<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–12289–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gloria Virginia Allen

7/6/18                                      **By the court:** Andrew B. Altenburg Jr.
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                                    Case No. 13-12289-ABA
Gloria Virginia Allen                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Jul 06, 2018
                                Form ID: 3180W         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
```
db              Gloria Virginia Allen,    21 Maplewood Court,    West Deptford, NJ  08066-2406
513658811       Dell Financial Services,    Acct No  7242,    Collection Consumer Bankruptcy,    12234B North I35,
                 Austin  TX  78753-1705
513871089      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513658816      +Midland Mortgage Co,    Acct No  8805,    999 NW Grand Boulevard,    Oklahoma City  OK 73118-6051
513658817       Omni Credit Serv of Florida,    Acct No  6730,    PO Box 31179,    Tampa  FL 33631-3179
513658818       One Main Financial,    Acct No  4xxx,    Bankruptcy Dept,    1404 US Highway 130 North,
                 Cinnaminson  NJ   08077
513658821      +Seventh Avenue Chase Bank,    Acct No  3570,    PO Box 740933,    Dallas  TX 75374-0933
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 23:23:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 23:23:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513795459      +EDI: ACCE.COM Jul 07 2018 02:58:00      Asset Acceptance LLC,    PO Box 2036,
                 Warren MI 48090-2036
513658809       EDI: CAPITALONE.COM Jul 07 2018 02:58:00      Capital One Bank,    Acct No  7242,    PO Box 71083,
                 Charlotte  NC  28272-1083
513658807       EDI: CAPITALONE.COM Jul 07 2018 02:58:00      Capital One Bank,    Acct No  9297,    PO Box 71083,
                 Charlotte  NC  28272-1083
513658808       EDI: CAPITALONE.COM Jul 07 2018 02:58:00      Capital One Bank,    Acct No  8628,    PO Box 71083,
                 Charlotte  NC  28272-1083
513961154       EDI: BL-BECKET.COM Jul 07 2018 02:58:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513658810      +EDI: CBS7AVE Jul 07 2018 02:58:00      Country Door,    Acct No  3530,    PO Box 740933,
                 Dallas  TX 75374-0933
513680944      +EDI: TSYS2.COM Jul 07 2018 02:58:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513658812      +EDI: BLUESTEM Jul 07 2018 02:58:00      Fingerhut,    Acct No  3***,    6250 Ridgewood Road,
                 Saint Cloud  MN 56303-0820
513658813       EDI: RMSC.COM Jul 07 2018 02:58:00      JC Penney GE Money Bank,    Acct No  2241,
                 Bankruptcy Dept,    PO Box 960061,    Orlando  FL  32896-0661
513658814      +EDI: CBSKOHLS.COM Jul 07 2018 02:58:00      Kohls Chase Bank USA NA,    Acct No  9144,
                 PO Box 740933,    Dallas TX 75374-0933
513658815      +EDI: TSYS2.COM Jul 07 2018 02:58:00      Macys DSNB,    Acct No  6730,    Bankruptcy Processing,
                 PO Box 8053,    Mason  OH 45040-8053
513940996      +EDI: OPHSUBSID.COM Jul 07 2018 02:58:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515366227       EDI: PRA.COM Jul 07 2018 02:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
515366228       EDI: PRA.COM Jul 07 2018 02:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
513946557       EDI: PRA.COM Jul 07 2018 02:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
513953259       EDI: PRA.COM Jul 07 2018 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o JC PENNEY CREDIT CARD,    POB 41067,    Norfolk VA 23541
513658819      +EDI: SEARS.COM Jul 07 2018 02:58:00      Sears,    Acct No  1802,    7920 NW 110th,
                 Kansas City  MO 64153-1270
513658820      +EDI: SEARS.COM Jul 07 2018 02:58:00      Sears,    Acct No  3873,    7920 NW 110th,
                 Kansas City  MO 64153-1270
513658822      +EDI: URSI.COM Jul 07 2018 02:58:00      United Recovery System,    Acct No  3873,
                 5800 N Course Drive,    Houston  TX 77072-1613
513869506      +EDI: BLUESTEM Jul 07 2018 02:58:00      Webbank-Fingerhut,    6250 Ridgewood Rd,
                 St. Cloud, MN 56303-0820
513658823      +EDI: WFFC.COM Jul 07 2018 02:58:00      Wells Fargo,    Acct No  7169,    4137 121st Street,
                 Urbandale  IA 50323-2310
513762223       EDI: WFFC.COM Jul 07 2018 02:58:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
                                                                                               TOTAL: 24
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jul 06, 2018
                               Form ID: 3180W           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis  Landgrebe    on behalf of Debtor Gloria Virginia Allen flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6
```